United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Lafayette Best  
       Debtor

Case No. 14-17256-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Antoinett      Page 1 of 1      Date Rcvd: Dec 05, 2019  
                        Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2019.  
13463458        Bank of America,    Bankruptcy Department,    P.O. Box 15312,    Wilmington, DE 19850-5312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2019                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2019 at the address(es) listed below:  
      ANDREW  SPIVACK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com  
      CHRISTOPHER R. MOMJIAN    on behalf of Creditor    Commonwealth of PA, Dept of Revenue crmomjian@attorneygeneral.gov  
      DAVID  NEEREN    on behalf of Creditor    Bank of America, N.A. dneeren@udren.com, vbarber@udren.com  
      JAMES RANDOLPH WOOD    on behalf of Creditor    Borough of Yeadon jwood@portnoffonline.com, jwood@ecf.inforuptcy.com  
      JEROME B. BLANK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com  
      KENNETH E. WEST    on behalf of Debtor Lafayette  Best dwabkty@aol.com, G6211@notify.cincompass.com  
      REBECCA ANN SOLARZ    on behalf of Creditor    Towd Point Mortgage Trust 2019-4, U.S. Bank National Association, as indenture Trustee bkgroup@kmllawgroup.com  
      STEPHEN VINCENT BOTTIGLIERI    on behalf of Creditor    Delaware County Tax Claim Bureau steve@bottiglierilaw.com, ecfnotices@comcast.net  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
      WALTER WILLIAM GOULDSBURY, III    on behalf of Creditor    Bank of America, N.A. wgouldsbury@rasnj.com  
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                               TOTAL: 11

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 14-17256-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Lafayette Best
28 Fairview Avenue
Yeadon PA 19050-2826

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/04/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 4: Bank of America, Bankruptcy Department, P.O. Box 15312, Wilmington, DE 19850-5312 | Towd Point Mortgage Trust 2019-4, U.S. Bank National Association, as indenture Trustee<br>C/O Select Portfolio Servicing, Inc.<br>PO BOX 65450<br>Salt Lake City, UT 84165-0450 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/07/19

Tim McGrath
**CLERK OF THE COURT**